UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Howard Pierce                                          Docket No. 7:20-CR-20-1BO

### Petition for Action on Supervised Release

COMES NOW John V. Chiaramonte, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Howard Pierce, who, upon an earlier plea of guilty to Possession of a Stolen Firearm, in violation of 18 U.S.C. § 922(j) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on January 19, 2023, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Howard Pierce was released from custody on July 30, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 9, 2024, the defendant met with this officer at the Fayetteville probation office and submitted to a drug test that screened positive for marijuana. When questioned, the subject stated he used marijuana the day he was released from prison and signed an admission statement admitting to its use. It is recommended that we add our drug aftercare condition so that he may be referred for a substance abuse assessment and enrolled in our Surprise Urinalysis Program to monitor for additional use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                   I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld                                   /s/ John V. Chiaramonte
Mindy L. Threlkeld                                         John V. Chiaramonte
Supervising U.S. Probation Officer                 U.S. Probation Officer
                                                                          150 Rowan Street Suite 110
                                                                          Fayetteville, NC 28301
                                                                          Phone: 910-354-2568
                                                                          Executed On: August 15, 2024

Howard Pierce
Docket No. 7:20-CR-20-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this **15** day of **August**, 2024, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
United States District Judge